THE W. O. HICKOK MANUFACTURING COMPANY, Respondent, *v.* MARTIN BERGMAN, as Administrator of EDWARD W. BLACKHALL, Deceased, Appellant.

*Hickok Manfg. Co.* v. *Blackhall*, 88 Hun, 80, affirmed.
(Argued March 12, 1897; decided March 26, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered June 22, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Le Roy Parker* for appellant.

*Seward A. Simons* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.